KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Brian P. Brosnahan (SBN 112984)
E-Mail: bbrosnahan@kasowitz.com
Margaret A. Ziemianek (SBN 233418)
E-Mail: mziemianek@kasowitz.com
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**CV11-05431 ODW (MRWx)**

| | |
|---|---|
| E. ERIC JOHNSON; DONALD M. TIPPET, JR.; MICHAEL R. SHUTE; WILLIAM J. LYNCH, III; ILLINOIS VENTURES, LLC; KENTUCKY VENTURES, LLC; BIG SANDY VENTURES, LLC; and CLINCH VENTURES, LLC, | Case No. |
| | **DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 7.1-1** |
| Plaintiffs, | |
| vs. | |
| BAYERISCHE HYPO-UND VEREINSBANK, AG, a German corporation; HVB U.S. FINANCE, INC., a corporation; HVB RISK MANAGEMENT PRODUCTS, INC., a corporation, | |
| Defendants. | |

Defendants' Certification of Interested Entities

1  Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the
2  undersigned counsel of record for defendants Bayerische Hypo- und Vereinsbank,
3  AG; HVB U.S. Finance, Inc.; and HVB Risk Management Products Inc., certifies
4  that the following listed party may have a pecuniary interest in the outcome of this
5  case.  These representations are made to enable the Court to evaluate possible
6  disqualification or recusal.
7  Unicredito Italiano SpA is the parent corporation of HVB and owns more
8  than 10% stock in HVB.

10 DATED: June 30, 2011    KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

13 By: _____
    Margaret A. Ziemianek
14  Attorneys for Defendants

27 8096539

1
Defendants' Certification of Interested Entities