KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Brian P. Brosnahan (SBN 112984)
E-Mail: bbrosnahan@kasowitz.com
Margaret A. Ziemianek (SBN 233418)
E-Mail: mziemianek@kasowitz.com
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CV11-05431 ODW (MRWx)

| | |
|---|---|
| E. ERIC JOHNSON; DONALD M. TIPPET, JR.; MICHAEL R. SHUTE; WILLIAM J. LYNCH, III; ILLINOIS VENTURES, LLC; KENTUCKY VENTURES, LLC; BIG SANDY VENTURES, LLC; and CLINCH VENTURES, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>BAYERISCHE HYPO-UND VEREINSBANK, AG, a German corporation; HVB U.S. FINANCE, INC., a corporation; HVB RISK MANAGEMENT PRODUCTS, INC., a corporation,<br><br>Defendants. | Case No.<br><br>**DEFENDANTS' NOTICE OF RELATED CASE [L.R. 83-1.3]** |

1  Pursuant to Local Rule 83-1.3, the undersigned counsel of record for
2  defendants Bayerische Hypo- und Vereinsbank, AG; HVB U.S. Finance, Inc.; and
3  HVB Risk Management Products Inc., identifies the following related case
4  previously filed in the Central District:

5  *Tippett, et al. v. KPMG, et al.*, Case No. CV-05-4133-VAP-MAN

6  The instant case is an action to rescind a settlement agreement and release of
7  claims in *Tippett, et al. v. KPMG, et al.*, Case No. CV-05-4133-VAP-MAN, and
8  therefore appears to constitute a related case under Local Rule 83-1.3.

10  DATED:  June 30, 2011        KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

13  By: _____
      Margaret A. Ziemianek
14    Attorneys for Defendants

27  8096539

1
Defendants' Notice of Related Case