KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Brian P. Brosnahan (SBN 112984)
E-mail: bbrosnahan@kasowitz.com
Margaret Ziemianek (SBN 233418)
E-Mail:  mziemianek@kasowitz.com
101 California Street, Suite 2300
San Francisco, California 94111
Telephone:  (415) 421-6140
Facsimile:  (415) 398-5030

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE COURTHOUSE

| | |
|---|---|
| E. ERIC JOHNSON; DONALD M. TIPPET, JR.; MICHAEL R. SHUTE; WILLIAM J. LYNCH, III; ILLINOIS VENTURES, LLC; KENTUCKY VENTURES, LLC; BIG SANDY VENTURES, LLC; and CLINCH VENTURES, LLC, <br><br>                    Plaintiffs, <br><br> v. <br><br> BAYERISCHE HYPO- UND VEREINSBANK AG, a German corporation; HVB U.S. FINANCE, INC., a corporation; HVB RISK MANAGEMENT PRODUCTS, INC., a corporation; <br><br>                    Defendants. | Case No.  CV-11-05431-VAP (MANx) <br><br> **DEFEDANTS' REQUEST FOR RELIEF OF LOCAL COUNSEL REQUIREMENT OF** <br> **LOCAL RULE 83-2.3.3** |

It is hereby requested that designation of local counsel for the purpose of seeking to appear *pro hac vice*, pursuant to L.R. 83-2.3.3, be waived by order of this Court. Opposing counsel has no objection to this request, as set forth in **Exhibit A** hereto. Brian P. Brosnahan is a member in good standing of this Court and the State Bar of California. Mr. Brosnahan is appearing as counsel of record in this case. His principal place of business is located in San Francisco, California. Mr. Brosnahan is familiar with the rules of this Court and has appeared in numerous cases before the Court. He can readily communicate with the Court and opposing counsel regarding the conduct of this case, receive service of papers in this matter, and appear in court with one days notice. The Local Rule requirement of local counsel having an office in the district should be waived in light of these circumstances.

Mr. Brosnahan respectfully requests that designation of local counsel for the purpose of seeking to appear *pro hac vice* pursuant to L.R. 83-2.3.3 be waived in this matter and that he be able to support the *pro hac vice* application of counselors from the New York office of Kasowitz, Benson, Torres & Friedman LLP, who will seek to appear *pro hac vice* for Defendants in this matter.

Dated: July 25, 2011                    Kasowitz, Benson, Torres & Friedman LLP

By: */s/ Brian P. Brosnahan*
    Brian P. Brosnahan

*Attorneys for Defendants*

8098665

1

Defendants' Request For Relief Of Local Counsel Requirement Of Local Rule 83-2.3.3; Case No. CV-11-05431-VAP (MANx)

# EXHIBIT A

**From:** Brian G. Isaacson [mailto:briani@isaacsonwilson.com]
**Sent:** Thursday, July 21, 2011 9:08 PM
**To:** Mark W. Lerner; Mark J. Wilson
**Cc:** James D'Elicio; Kathryn S. Bevilacqua
**Subject:** RE: Request - Tippet

Hi Mark
We have no objection.  Do we need to enter into a stipulation?
Brian

Brian G. Isaacson
Partner
**ISAACSON & WILSON, P.S.**
1200 Fifth Avenue, Suite 1900
Seattle, WA 98101
Telp.  206.448.1011
Fax    206.448.1022
email:  briani@isaacsonwilson.com

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any tax penalty or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**CONFIDENTIALITY NOTICE:**  *This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law.  If you are not the intended recipient, you should delete this message and notify us immediately at 206.448.1011.  Any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited.*

**From:** Mark W. Lerner [mailto:MLerner@kasowitz.com]
**Sent:** Thursday, July 21, 2011 4:31 PM
**To:** Mark J. Wilson; Brian G. Isaacson

1

**Cc:** James D'Elicio; Kathryn S. Bevilacqua
**Subject:** Request - Tippet

Brian and Mark,

Regarding the Tippet case: the Central District of California rules say that attorneys moving in pro hac should be sponsored by an attorney with an office in that district or obtain a waiver of that. We have an office in San Fran that's already counsel of record in the case, and in the past have sought and gotten a waiver of the "in the district" requirement so one of us could appear in C.D. Cal. from NY. Do you have any objection to our request to rely on our San Fran office as local counsel, as opposed to an L.A. firm? We would continue to have our SF attorneys be counsel of record with us.

Thanks for your consideration,

Mark


Mark W. Lerner
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
Tel. (212) 506-1728
Fax (212) 835-5028
MLerner@kasowitz.com

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.