Steven Rood (Cal. Bar No. 69332)
LAW OFFICES OF STEVEN ROOD
405—14th Street, Suite 212
Oakland, CA 94612
Telephone: (510) 839-0900
Facsimile: (510) 839-0230
Email: steve@steverood.com

Mark J. Wilson (Cal. Bar No. 96985)
WA Bar No. 16675
ISAACSON & WILSON, P.S.
1200 Fifth Avenue Suite 1900
Seattle, WA 98101
Telephone: (206) 448-1011
Facsimile: (206) 448-1022
mjwilson@isaacsonwilson.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE COURTHOUSE**

| | |
|---|---|
| E. ERIC JOHNSON; DONALD M. TIPPET, JR.; MICHAEL R. SHUTE; WILLIAM J. LYNCH, III; ILLINOIS VENTURES, LLC; KENTUCKY VENTURES, LLC; BIG SANDY VENTURES, LLC; and CLINCH VENTURES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BAYERISCHE HYPO-UND VEREINSBANK, AG, a German corporation; HVB U.S. FINANCE, INC., a corporation; HVB RISK MANAGEMENT PRODUCTS, INC., a corporation, <br><br> Defendants. | Case No. CV-11-05431 VAP (MANx) <br><br> **DECLARATION OF MARK J. WILSON** |

MARK J. WILSON declares under penalty of perjury as follows:

COMPLAINT – 1

1. I am a partner at Isaacson & Wilson, P.S., attorneys for Plaintiffs in the above-captioned action. I submit this Declaration in support of Plaintiffs Motion for Leave to File Amended Complaint and in opposition to HVB's motion to dismiss.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Amended Complaint Plaintiffs will seek leave of the Court to file.

Dated: August 1, 2011

*signature*

Mark J. Wilson (Cal. Bar No. 96985)
WA Bar No. 16675
ISAACSON & WILSON, P.S
1200 Fifth Avenue, Suite 1900
Seattle, WA 98101
Telephone: (206) 448-1011
Facsimile:  (206) 448-1022
Email: mjwilson@isaacsonwilson.com

*Attorneys for Plaintiffs*

COMPLAINT – 2