# Exhibit D

## E. Eric Johnson, et al. v. Bayerische Hypo-Und Vereinsbank, AG, et al.

|   | (A) Individual Plaintiff's Name | (B) Plaintiff's LLC | (C) Strategic Investment Fund (SIF) | (D) Collateral for Purported Loan Deposited by Plaintiffs into LLC Account | (E) Stated Principal Amount of Proported HVB Loan | (F) Premium Amount of Purported HVB Loan | (G) Total Purported HVB Loan | (H) Fraudulent Presidio Fees (275 BPS) | (I) Fraudulent HVB Fees (209 BPS) | (J) Damages (Total Fees Paid to HVB & Presidio) |
|---|---|---|---|---|---|---|---|---|---|---|
| a | Johnson, E. Eric | Illinois Ventures, LLC | Williamson SIF | 350,000 | 8,300,000 | 5,000,000 | 13,300,000 | 137,500 | 104,500 | 242,000 |
| b | Tippett, Jr. Donald M. | Kentucy Ventures, LLC | Williamson SIF | 420,000 | 10,000,000 | 6,000,000 | 16,000,000 | 165,000 | 125,400 | 290,400 |
| c | Shute, Michael R. | Big Sandy Ventures, LLC | Williamson SIF | 560,000 | 13,300,000 | 8,000,000 | 21,300,000 | 220,000 | 167,200 | 387,200 |
| d | Lynch, III, William J. | Clinch Ventures, LLC | Williamson SIF | 700,000 | 16,700,000 | 10,000,000 | 26,700,000 | 275,000 | 209,000 | 484,000 |
|   |   |   |   | $ 2,030,000 | $ 48,300,000 | $ 29,000,000 | $ 77,300,000 | $ 797,500 | $ 606,100 | $ 1,403,600 |