Steven Rood (Cal. Bar No. 69332)
LAW OFFICES OF STEVEN ROOD
405—14th Street, Suite 212
Oakland, CA 94612
Telephone: (510) 839-0900
Facsimile: (510) 839-0230
Email: steve@steverood.com

Mark J. Wilson (Cal. Bar No. 96985)
WA Bar No. 16675
ISAACSON & WILSON, P.S.
1200 Fifth Avenue Suite 1900
Seattle, WA 98101
Telephone: (206) 448-1011
Facsimile: (206) 448-1022
mjwilson@isaacsonwilson.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE COURTHOUSE

| | |
|---|---|
| E. ERIC JOHNSON; DONALD M. TIPPET, JR.; MICHAEL R. SHUTE; WILLIAM J. LYNCH, III; ILLINOIS VENTURES, LLC; KENTUCKY VENTURES, LLC; BIG SANDY VENTURES, LLC; and CLINCH VENTURES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BAYERISCHE HYPO-UND VEREINSBANK, AG, a German corporation; HVB U.S. FINANCE, INC., a corporation; HVB RISK MANAGEMENT PRODUCTS, INC., a corporation,<br><br>Defendants. | Case No. CV-11-05431 VAP (MANx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE AMENDED COMPLAINT**<br><br>Date: August 22, 2011<br>Time: 2:00 p.m.<br>Courtroom: 2<br>Judge: Hon. Virginia A. Phillips |

1

This matter is before the Court on the motion brought by Plaintiffs for leave to file an Amended Complaint in the form attached as Exhibit 1 to the Declaration of Mark J. Wilson. Dkt. 12-1. The Court finds that:

(1) Plaintiffs filed a Proposed Amended Complaint as an Exhibit to the Declaration of Mark J. Wilson;

(2) The Proposed Amended Complaint adequately states a claim for rescission of the Settlement Agreement and Mutual Release based on the standards set forth in *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007) and *Ashcroft v. Iqbal*, 129 S. Ct. 1937 (2009) applicable to motions under Rule 12(b)(6), Fed. R. Civ. P.,and upon consideration of California Civil Code §§ 1542, 1567, 1572 and 1689(b) and applicable case law;

(3) The Amended Complaint adequately states a claim for Plaintiffs' fraud-based rescission claim with particularized allegations of fact as required by Rule 9(b), Fed. R. Civ. P.;

Having considered the papers submitted by the parties, and for other good cause shown, Plaintiffs' motion for leave to file an Amended Complaint in the form attached as Exhibit 1 to the Declaration of Mark J. Wilson (Dkt. 12-1) is hereby GRANTED.

Following service of the Amended Complaint, Defendants are directed to file a responsive pleading to the Amended Complaint within the time allowed under the Rules.

**IT IS SO ORDERED.**

Dated: _____, 2011

_____
Hon. Virginia A. Phillips
United States District Judge