Steven Rood (Cal. Bar No. 69332)
LAW OFFICES OF STEVEN ROOD
405—14th Street, Suite 212
Oakland, CA 94612
Telephone: (510) 839-0900
Facsimile: (510) 839-0230
Email: steve@steverood.com

Mark J. Wilson (Cal. Bar No. 96985)
WA Bar No. 16675
ISAACSON & WILSON, P.S.
1200 Fifth Avenue Suite 1900
Seattle, WA 98101
Telephone: (206) 448-1011
Facsimile: (206) 448-1022
mjwilson@isaacsonwilson.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE COURTHOUSE

| | |
|---|---|
| E. ERIC JOHNSON; DONALD M. TIPPET, JR.; MICHAEL R. SHUTE; WILLIAM J. LYNCH, III; ILLINOIS VENTURES, LLC; KENTUCKY VENTURES, LLC; BIG SANDY VENTURES, LLC; and CLINCH VENTURES, LLC,<br><br>　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>BAYERISCHE HYPO-UND VEREINSBANK, AG, a German corporation; HVB U.S. FINANCE, INC., a corporation; HVB RISK MANAGEMENT PRODUCTS, INC., a corporation,<br><br>　　　　Defendants. | Case No.  CV-11-05431 VAP (MANx)<br><br>**NOTICE OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**<br><br>Date: August 22, 2011<br>Time: 2:00 p.m.<br>Courtroom: 2<br>Judge: Hon. Virginia A. Phillips |

　　　　PLEASE TAKE NOTICE that on August 22, 2011 at 2:00 p.m., or as soon thereafter as counsel may be heard, in Courtroom 2 of the above-entitled Court located at 3470 Twelfth

Street, Riverside, CA 92501, Plaintiffs will and hereby do move this Court, pursuant to Federal Rules of Civil Procedure 15 for leave to file an Amended Complaint in the same form as attached as Exhibit 1 to the Declaration of Mark J. Wilson on grounds that this motion for leave to file the Proposed Amended Complaint and the Proposed Amended Complaint is not in bad faith; there has not been undue delay by Plaintiffs in seeking this leave of Court; granting this motion and the filing of the Proposed Amended Complaint will not prejudice Defendants; the Proposed Amended Complaint is not futile, and Plaintiffs have not previously amended their complaint.  *Allen v. City of Beverly Hills*, 911 F.2d 367, 373 (9th Cir. 1990).

This motion is made following the conferences of counsel pursuant to L.R. 7-3, which took place on August 2 and 3, 2011.

Plaintiffs' motion for leave to amend is based on this Notice of Motion, the Memorandum of Points and Authorities in support thereof, filed concurrently herewith, the Declaration of Mark J. Wilson and the Proposed Amended Complaint attached as Exhibit 1 thereto, dated August 1, 2011 and filed in this action on August 1, 2011 (Dkt. 12-1) in support thereof, all pleadings and papers on file in this action, and whatever evidence and argument may be presented in Plaintiffs' reply memorandum and any hearing on this matter.

DATED this 3rd day of August, 2011.

        Isaacson & Wilson, P.S
        1200 5th Avenue, Suite 1900
        Seattle, WA  98101
        (206) 448-1011 Telephone
        (206) 448-1022 Facsimile

        By */s/ Mark J. Wilson*
           Mark J. Wilson
           California Bar No. 96985
           Washington State Bar No. 16675