LAW OFFICES OF STEVEN ROOD
Steven Rood (Cal. Bar No. 69332)
E-mail: steve@steverood.com
405 – 14th Street, Ste. 212
Oakland, CA 94612
Telephone: 510-839-0900
Facsimile: 510-839-0230

ISAACSON &WILSON, P.S.
Mark J. Wilson (Cal. Bar No. 96985)
Email: mjwilson@isaacsonwilson.com
1200 5th Avenue, Ste. 1900
Seattle, WA 98101
Telephone: 206-448-1011
Facsimile: 206-448-1022

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE COURTHOUSE

| | |
|---|---|
| E. ERIC JOHNSON, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>BAYERISCHE HYPO-UND VEREINSBANK, AG, et al.<br><br>Defendants. | Case No.: No. CV-11-05431-VAP (MANx)<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS**<br><br>**HEARING:**<br>Date:   August 29, 2011<br>Time:   2:00 pm<br>Ctrm:   2<br>Judge:  Hon. Virginia A. Phillips |

This matter is before the Court on the motion brought by Defendants Bayerische Hypo- und Vereinsbank AG, HVB U.S. Finance, Inc., and HVB Risk Management Products, Inc. (together, "HVB") to dismiss, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), plaintiffs' Complaint (the "Complaint") in its entirety. The Court finds that:

(1)     Plaintiffs filed a Proposed Amended Complaint as an Exhibit to the Declaration of Mark J. Wilson and Plaintiffs intend to file a motion for leave to file the Amended Complaint;

(2)     The Amended Complaint adequately states a claim for rescission of the Settlement Agreement and Mutual Release based on the standards set forth in *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007) and *Ashcroft v. Iqbal*, 129 S. Ct. 1937 (2009) applicable to motions under Rule 12(b)(6), Fed. R. Civ. P., and upon consideration of California Civil Code §§ 1542, 1567, 1572 and 1689(b) and applicable case law;

(3)     The Amended Complaint adequately states a claim for Plaintiffs' fraud-based rescission claim with particularized allegations of fact as required by Rule 9(b), Fed. R. Civ. P.;

(4)     Following service of the Amended Complaint, Defendants are directed to file a responsive pleading to the Amended Complaint within the time allowed under the Rules.

Having considered the papers submitted by the parties, and for other good cause shown, HVB's motion to dismiss the Complaint with prejudice is hereby DENIED.

**IT IS SO ORDERED.**

Dated: _____, 2011

_____
Hon. Virginia A. Phillips
United States District Judge

Dated: _____, 2011
Seattle, WA

                                   /s/ /Mark J. Wilson
Mark J. Wilson
Cal. Bar No. 96985
ISAACSON & WILSON, P.S
1200 Fifth Avenue, Suite 1900
Seattle, WA 98101
Telephone:  (206) 448-1011
Facsimile:    (206) 448-1022
Email:  mjwilson@isaacsonwilson.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that the foregoing _____ was served on all attorneys of record by the CM/ECF system on _____, 2011.

                                                /s/ /Mark J. Wilson
Mark J. Wilson
Cal. Bar No. 96985
ISAACSON & WILSON, P.S
1200 Fifth Avenue, Suite 1900
Seattle, WA 98101
Telephone: (206) 448-1011
Facsimile: (206) 448-1022
Email: mjwilson@isaacsonwilson.com
*Attorneys for Plaintiffs*