KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Brian Bosnahan (SBN 112984)
E-Mail: bbosnahan@kasowitz.com
Margaret Ziemianek (SBN 233418)
E-Mail: mziemianek@kasowitz.com
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

*Attorneys for Defendants HVB*

ISAACSON & WILSON, P.S.
Mark J. Wilson (SBN 96985)
E-Mail: mjwilson@isaacsonwilson.com
1200 Fifth Avenue Suite 1900
Seattle, Washington 98101
Telephone: (206) 448-1011
Facsimile: (206) 448-1022

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. ERIC JOHNSON; DONALD M. TIPPET, JR.; MICHAEL R. SHUTE; WILLIAM J. LYNCH, III; ILLINOIS VENTURES, LLC; KENTUCKY VENTURES, LLC; BIG SANDY VENTURES, LLC; and CLINCH VENTURES, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>BAYERISCHE HYPO-UND VEREINSBANK, AG, a German corporation; HVB U.S. FINANCE, INC., a corporation; HVB RISK MANAGEMENT PRODUCTS, INC., a corporation,<br><br>Defendants. | Case No.  CV-11-05431 VAP (MANx)<br><br>**JOINT STIPULATION RE SCHEDULING FOR HVB'S MOTION TO DISMISS** |

Plaintiffs E. Eric Johnson, Donald M. Tippet, Jr., Michael R. Shute, William J. Lynch, III, Illinois Ventures, LLC, Kentucky Ventures, LLC, Big Sandy Ventures, LLC, and Clinch Ventures, LLC (collectively "Plaintiffs") and Defendants Bayerische Hypo- und Vereinsbank, AG; HVB U.S. Finance, Inc.; and HVB Risk Management Products, Inc. (collectively "HVB"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS on August 8, 2011, Plaintiffs filed in this Court a Motion for Leave to File an Amended Complaint to be heard on September 12, 2011;

WHEREAS HVB has filed a Motion to Dismiss the Complaint, which is calendared for a hearing on August 29, 2011;

WHEREAS on August 8, 2011, Plaintiffs filed their Opposition to HVB's Motion to Dismiss the Complaint;

WHEREAS the parties believe that the convenience of the Court and the efficient administration of justice are furthered by the Court's hearing both the Motion to Dismiss the Complaint and the Motion for Leave an Amended Complaint on the same date; and

WHEREAS counsel for Plaintiffs and HVB must travel from out of state to argue these Motions, making it more convenient for counsel if these motions are heard on the same date,

IT IS HEREBY STIPULATED, and the parties respectfully and in good faith request, provided that the Motion for Leave to File an Amended Complaint was properly filed, that the Court order as follows:

1. HVB's Motion to Dismiss the Action shall be heard on September 12, 2011.

2. HVB's reply in further support of its motion to dismiss shall be filed no later than August 15, 2011.

KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

| | | |
|---|---|---|
| 1 | Dated: August 9, 2011 | Isaacson & Wilson, P.S. |
| 2 | | Mark J. Wilson |
| | | Brian Isaacson |

By: _____
Attorneys for Plaintiff

Dated: August 12, 2011         Kasowitz, Benson, Torres & Friedman LLP
                               Brian Bosnahan
                               Margaret Ziemianek
                               Mark P. Ressler
                               Mark W. Lerner

By: _____
Attorneys for Defendants

KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

3

Joint Stipulation and [Proposed] Order Re: Scheduling for HVB's Motion to Dismiss