KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Margaret Ziemianek (SBN 233418)
E-Mail: mziemianek@kasowitz.com
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

*Attorneys for Defendants HVB*

ISAACSON & WILSON, P.S.
Mark J. Wilson (SBN 96985)
E-Mail: mjwilson@isaacsonwilson.com
1200 Fifth Avenue Suite 1900
Seattle, Washington 98101
Telephone: (206) 448-1011
Facsimile: (206) 448-1022

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. ERIC JOHNSON; DONALD M. TIPPET, JR.; MICHAEL R. SHUTE; WILLIAM J. LYNCH, III; ILLINOIS VENTURES, LLC; KENTUCKY VENTURES, LLC; BIG SANDY VENTURES, LLC; and CLINCH VENTURES, LLC, <br><br>Plaintiffs, <br><br>vs. <br><br>BAYERISCHE HYPO-UND VEREINSBANK, AG, a German corporation; HVB U.S. FINANCE, INC., a corporation; HVB RISK MANAGEMENT PRODUCTS, INC., a corporation, <br><br>Defendants. | Case No. CV-11-05431 VAP (MANx) <br><br>**[PROPOSED] ORDER RE SCHEDULING FOR HVB'S MOTION TO DISMISS** |

Plaintiffs E. Eric Johnson, Donald M. Tippet, Jr., Michael R. Shute, William J. Lynch, III, Illinois Ventures, LLC, Kentucky Ventures, LLC, Big Sandy Ventures, LLC, and Clinch Ventures, LLC (collectively "Plaintiffs") and Defendants Bayerische Hypo- und Vereinsbank, AG; HVB U.S. Finance, Inc.; and HVB Risk Management Products, Inc. (collectively "HVB"), having stipulated and agreed as follows, and the Court having considered the stipulation between the parties, and for good cause shown:

IT IS HEREBY ORDERED that HVB's Motion to Dismiss the Action shall be heard on September 12, 2011.

IT IS FURTHER ORDERED that HVB's reply in further support of its motion to dismiss shall be filed no later than August 15, 2011.

DATED: _____

_____
The Honorable Virginia A. Phillips
United States District Judge