MARK A. BYRNE (SB #116657)
*markbyrne@byrnenixon.com*
BYRNE & NIXON LLP
800 West Sixth Street, Suite 430
Los Angeles, California 90017
Tel: (213) 620-8003
Fax: (213) 620-8012

Attorneys for Defendants
BAYERISCHE HYPO-UND VEREINSBANK AG, HVB U.S. FINANCE, INC. & HVB RISK MANAGEMENT PRODUCTS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. ERIC JOHNSON; DONALD M. TIPPET, JR.; MICHAEL R. SHUTE; WILLIAM J. LYNCH, III; ILLINOIS VENTURES, LLC; KENTUCKY VENTURES, LLC; BIG SANDY VENTURES, LLC; and CLINCH VENTURES, LLC,<br><br>  Plaintiffs,<br><br>vs.<br><br>BAYERISCHE HYPO-UND VEREINSBANK AG, a German corporation; HVB U.S. FINANCE, INC., a corporation; HVB RISK MANAGEMENT PRODUCTS, INC., a corporation,<br><br>  Defendants. | CASE NO. CV-11-05431-VAP (MANx)<br><br>**NOTICE OF ASSOCIATION OF COUNSEL**<br><br>Ctrm.: 2<br>Judge: Hon. Virginia A. Phillips |

NOTICE OF ASSOCIATION OF COUNSEL
-1-

TO THE HONORABLE VIRGINIA A. PHILLIPS, ALL PARTIES AND THEIR ATTORNEYS OF RECORDS:

PLEASE TAKE NOTICE that Defendants Bayerische Hypo- und Vereinsbank AG, HVB U.S. Finance, Inc., and HVB Risk Management Products, Inc. (collectively, "Defendants") herein associate the following attorney to act as local counsel pursuant to Local Rule 83-2.3.3 in connection with the *pro hac vice* applications filed concurrently herewith:

> MARK A. BYRNE (SB #116657)
> *markbyrne@byrnenixon.com*
> BYRNE & NIXON LLP
> 800 West Sixth Street, Suite 430
> Los Angeles, California  90017
> Tel: (213) 620-8003
> Fax: (213) 620-8012

All future legal notices to Defendants' counsel should be sent jointly to Byrne & Nixon LLP and Kasowitz, Benson, Torres & Friedman LLP.

Respectfully submitted,

DATED: August 22, 2011        BYRNE & NIXON LLP

By: /s/ Mark A. Byrne
    _____
    Mark A. Byrne

Attorneys for Defendants
BAYERISCHE HYPO-UND VEREINSBANK AG, HVB U.S. FINANCE, INC. & HVB RISK MANAGEMENT PRODUCTS, INC

| | | |
|---|---|---|
| DATED: August 22, 2011 | | KASOWITZ, BENSON, TORRES & FREIDMAN LLP |

By: /s/ Margaret A. Ziemianek
_____
Margaret A. Ziemianek

Attorneys for Defendants
BAYERISCHE HYPO-UND VEREINSBANK AG, HVB U.S. FINANCE, INC. & HVB RISK MANAGEMENT PRODUCTS, INC

NOTICE OF ASSOCIATION OF COUNSEL

-3-