LAW OFFICES OF STEVEN ROOD
Steven Rood (Cal. Bar No. 69332)
E-mail: steve@steverood.com
405 – 14th Street, Ste. 212
Oakland, CA 94612
Telephone:  510-839-0900
Facsimile:  510-839-0230

ISAACSON &WILSON, P.S.
Mark J. Wilson (Cal. Bar No. 96985)
Email: mjwilson@isaacsonwilson.com
1200 5th Avenue, Ste. 1900
Seattle, WA 98101
Telephone:  206-448-1011
Facsimile:  206-448-1022

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE COURTHOUSE

| | |
|---|---|
| E. ERIC JOHNSON, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BAYERISCHE HYPO-UND VEREINSBANK, AG, et al. <br><br> Defendants. | Case No.: No. CV-11-05431-VAP (MANx) <br><br> **ORDER GRANTING PLAINTIFFS MOTION TO EXTEND TIME AND FOR RELIEF FROM ORDER** <br><br> **[Link and Term Dkt. No. 20]** <br><br> Date:    September 12, 2011 <br> Time:    2:00 pm <br> Ctrm:    2 <br> Judge:   Hon. Virginia A. Phillips |

    This matter is before the Court on the motion brought by Plaintiffs for relief from the Court's Minute Order dated August 5, 2011(Docket No. 17) ("Order"), which set a deadline of August 8, 2011 at 4:00pm for Plaintiffs to re-file their

---

1
[Proposed] Order Granting Plaintiffs' Motion to Extend Time
and Relief from Order
Case No. CV-11-05431-VAP (MANx)

Motion to Amend and to extend the time for Plaintiffs to re-file their Motion to Amend from August 8, 2011 at 4:00pm to August 8, 2011, at 5:42pm, which was the time that Plaintiffs actually ECF filed their Motion to Amend. Dkt. 19.

Plaintiffs motion is based on the grounds that Plaintiffs' counsel late-filed Plaintiffs' Motion to Amend on August 8, 2011 after 4:00pm, namely, 5:42pm, due to the mistake and excusable neglect of Plaintiffs' counsel, caused when Plaintiffs' counsel attempted to ECF file documents in support of the Motion to Amend on August 8, 2011 prior to 4:00pm, but the documents were too large to ECF file, which required Plaintiffs' counsel to take time to reduce the size of the documents, which delay caused Plaintiffs' counsel to file the Motion to Amend on August 8, at 5:42pm. Fed. R. Civ. P., Rules 6(b) and 60(b)(1) and (6). Wilson Decl., ¶¶ 2-4 and Exhibits 2 and 3.

Good cause exists, it is in the interest of justice, and it will not prejudice Defendants to extend the time for Plaintiffs to file their Motion to Amend, *nunc pro tunc*, from August 8, 2011 at 4:00pm to August 8, 2011 at 5:42pm.

THEREFORE, IT IS HEREBY ORDERED, that Plaintiffs' motion to extend the time to file their Motion to Amend from August 8, 2011 at 4:00pm to 5:42pm, *nunc pro tunc*, and for relief from the Order, pursuant to Fed. R. Civ. P., Rules 6(b) and 60(b)(1) and (6) is GRANTED.

**IT IS SO ORDERED.**

Dated: August 24, 2011

_____
Hon. Virginia A. Phillips
United States District Judge