

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. ERIC JOHNSON, et al.,<br><br>PLAINTIFF(S)<br>v.<br>BAYERISCHE HYPO-UND VEREINSBANK, AG,<br><br>DEFENDANT(S). | CASE NUMBER  [AMENDED RESPONSE]<br>CV 11-05431-VAP-(MANx)<br><br>RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 8/22/11 | 25,26 & 27 | Defendant's Pro Hac Vice Applications |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____ .
☐ The hearing date has been rescheduled to _____ at _____
☑ Other

Defendant/Filer is requested to E-file a Notice of lodging of Certificates regarding Dkt. Nos. 25 thru 27, in compliance with Local Rule 83-2.3.1, on or before September 13, 2011. Thereafter, pursuant to the General Order governing electronic filing, Filer is requested to send its proposed E-orders to chamber's mailbox at: vap_chambers@cacd.uscourts.gov.

Clerk, U.S. District Court

Dated: 8/25/11            By: Jim Holmes, Relief CRD
                              Deputy Clerk   (951-328-4465)

cc: Assigned District Judge and/or Magistrate Judge