1  MARK A. BYRNE (SB #116657)
   *markbyrne@byrnenixon.com*
2  BYRNE & NIXON LLP
   800 West Sixth Street, Suite 430
3  Los Angeles, California  90017
   Tel: (213) 620-8003
4  Fax: (213) 620-8012

5  Attorneys for Defendants
   BAYERISCHE HYPO-UND
6  VEREINSBANK AG, HVB U.S.
   FINANCE, INC. & HVB RISK
7  MANAGEMENT PRODUCTS, INC.

8

9                 UNITED STATES DISTRICT COURT

10               CENTRAL DISTRICT OF CALIFORNIA

11

12  E. ERIC JOHNSON; DONALD M.          )  CASE NO. CV-11-05431-VAP
    TIPPET, JR.; MICHAEL R. SHUTE;      )  (MANx)
13  WILLIAM J. LYNCH, III; ILLINOIS     )
    VENTURES, LLC; KENTUCKY             )  **NOTICE OF LODGING OF**
14  VENTURES, LLC; BIG SANDY            )  **CERTIFICATES REGARDING**
    VENTURES, LLC; and CLINCH           )  **DOCKET NOS. 25 - 27**
15  VENTURES, LLC,                      )  **(DEFENDANTS' PRO HAC VICE**
                                        )  **APPLICATIONS)**
16              Plaintiffs,             )
                                        )  Ctrm.: 2
17       vs.                            )  Judge: Hon. Virginia A. Phillips
                                        )
18  BAYERISCHE HYPO-UND                 )
    VEREINSBANK AG, a German            )
19  corporation; HVB U.S.               )
    FINANCE, INC., a corporation; HVB   )
20  RISK MANAGEMENT                     )
    PRODUCTS, INC., a corporation,      )
21                                      )
                Defendants.             )
22  _____  )

23

24

25

26

27

28
_____

1   TO THE HONORABLE VIRGINIA A. PHILLIPS, ALL PARTIES AND THEIR

2   ATTORNEYS OF RECORDS:

3        PLEASE TAKE NOTICE that Defendants Bayerische Hypo- und

4   Vereinsbank AG, HVB U.S. Finance, Inc., and HVB Risk Management Products,

5   Inc. (collectively, "Defendants") hereby lodge the attached certificates of good

6   standing in further support of the *pro hac vice* applications that Defendants filed

7   on August 22, 2011, which the Court granted on August 25, 2011.  Attached as

8   Exhibit A are certificates of good standing in support of the *pro hac vice*

9   application of Mark W. Lerner (Docket No. 25).   Attached as Exhibit B are

10  certificates of good standing in support of the *pro hac vice* application of

11  Kathryn S. Bevilacqua (Docket No. 26).  Attached as Exhibit C is a certificate of

12  good standing in support of the *pro hac vice* application of James E. D'Elicio

13  (Docket No. 27).

14                      Respectfully submitted,

15  DATED: August 30, 2011       BYRNE & NIXON LLP

16

17

18                    /s/ Mark A. Byrne
                By:_____

19                     Mark A. Byrne

20                Attorneys for Defendants
                  BAYERISCHE HYPO-UND

21                VEREINSBANK AG, HVB U.S.
                  FINANCE, INC. & HVB RISK

22                MANAGEMENT PRODUCTS, INC

23

24

25

26

27

28

# EXHIBIT "A"

# Appellate Division of the Supreme Court of the State of New York First Judicial Department

---

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## MARK WILLIAM LERNER

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **October 21, 1991**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**August 24, 2011**

3267

_____
Clerk of the Court

# State of Connecticut
## Supreme Court

*I*, **Michele T. Angers**, *Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,*

*Do hereby certify, that, in the Superior Court at* Norwalk ,

*on the* 7th *day of* December, 1990.

Mark William Lerner

*of*

Mount Kisco, New York

*having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all the courts of this state, and that said attorney is a member in good standing of the Bar of this State pursuant to Practice Book §2-65.*

*In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day* August 25, 2011.

*Michele T. Angers*

*Chief Clerk*



# EXHIBIT "B"

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that   **KATHRYN S BEVILACQUA**

(No.   **024942004**   ) was constituted and appointed an Attorney at Law of New Jersey on   **April 18, 2005**   and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **25TH** day of **August** , 20 **11** .

_Clerk of the Supreme Court_

-453a-

# Appellate Division of the Supreme Court of the State of New York First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## KATHRYN S. BEVILACQUA

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **September 8, 2005**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

August 24, 2011

Clerk of the Court

3266

EXHIBIT "C"

## Appellate Division of the Supreme Court of the State of New York First Judicial Department

---

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## JAMES E. D'ELICIO

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on December 17, 2001, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

August 24, 2011

3269

_____

Clerk of the Court