UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 11-05431 VAP (MANx)                    Date:  September 12, 2011

Title:   E. ERIC JOHNSON; DONALD M. TIPPET, JR.; MICHAEL R. SHUTE; WILLIAM J. LYNCH, III; ILLINOIS VENTURES, LLC; KENTUCKY VENTURES, LLC; BIG SANDY VENTURES, LLC; AND CLINCH VENTURES, LLC -v- BAYERISCHE HYPO-UND VEREINSBANK, AG, A GERMAN CORPORATION; HVB U.S. FINANCE, INC., A CORPORATION; HVB RISK MANAGEMENT PRODUCTS, INC., A CORPORATION

================================================================
PRESENT:        HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Jim Holmes, Relief Courtroom Deputy | Phyllis Preston Court Reporter |
|---|---|

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| Mark J. Wilson | Mark W. Lerner<br>Mark A. Byrne |

PROCEEDINGS:    (1)  Defendants Bayerische Hypo-Und Verinsbank AG, HVB Risk Management Productions Inc., HVB US Finance Inc.'s Motion to Dismiss (Dkt. # 8)
                (2)  Plaintiff's Motion for Leave to File Amended Complaint (Dkt. #19)
                (3)  Plaintiff's Motion for Extension of Time and Relief From Minute Order Dated 8/5/11 (Dkt. #20)

The Court issues a tentative ruling, hears oral argument and takes the matter(s) under submission.

IT IS SO ORDERED.

| MINUTES FORM 11<br>CIVIL -- GEN | Page 1 | Initials of Deputy Clerk: jh-relief<br>Time:  /20 |
|---|---|---|