**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. ERIC JOHNSON, et al., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BAYERISCHE HYPO-UND ) <br> VEREINSBANK, AG, etc., ) <br> et al., ) <br> Defendants. ) <br> _____ | Case No. CV 11-05431 VAP (MANx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.


Dated: <u>September 13, 2011</u>           _/s/ Virginia A. Phillips_
                                      VIRGINIA A. PHILLIPS
                                      United States District Judge